FILED
MAR 14 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7065
   FAX: (415) 436-7234
   Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00114 MJJ |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS HEARING; [PROPOSED] ORDER |
| v. ) | Date: March 17, 2006 |
| PAUL CHARLES STEEVES, ) | Time: 2:30 p.m. |
| Defendant. ) | |

    The parties hereby stipulate, subject to the approval of the Court, as follows:

    1.    This matter came on the calendar of the Honorable Wayne D. Brazil for arraignment on the indictment on February 24, 2006. At that time, Judge Brazil set the matter on this Court's calendar for March 17, 2006 at 2:30 p.m. in Oakland and excluded time under the Speedy Trial Act for effective preparation of counsel.

    2.    The parties have since been advised that the Court is not available in Oakland on

No. CR 06-00114 MJJ
STIP. TO CONT. STATUS HEARING;
[PROPOSED] ORDER

1  March 17. Therefore, the parties agree that this matter should be continued until March 24, 2006
2  at 2:30 p.m. in Oakland.
3      3.    The parties further agree that the time from March 17-24, 2006, should be
4  excluded under the Speedy Trial Act. Government counsel is in the process of providing further
5  discovery to defense counsel. Defense counsel will need ample time to review this discovery.
6  The parties agree that the failure to grant the requested exclusion would deny defense counsel
7  reasonable time necessary for effective preparation, taking into account the exercise of due
8  diligence. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

11 Date: March 9, 2006                                                /s/ Monica Fernandez
                                                                                             MONICA FERNANDEZ
12                                                                                              Assistant United States Attorney

14 Date: March 8, 2006                                                /s/ Hilary A. Fox
                                                                           HILARY A. FOX, ESQ.
15                                                              Assistant Federal Public Defender
                                                              Counsel for Defendant Steeves

1 **ORDER**

2     Pursuant to the parties' stipulation, the Court HEREBY ORDERS that the status hearing
3 is continued until March 24, 2006 at 2:30 p.m. in Oakland.

4     The Court FURTHER ORDERS that the time from March 17-24, 2006, is excluded under
5 the Speedy Trial Act. The Court finds that the failure to grant the requested exclusion would
6 deny defense counsel reasonable time necessary for effective preparation, taking into account the
7 exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). The Court finds that the
8 ends of justice served by granting the requested exclusion outweigh the best interest of the public
9 and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18
10 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should be
11 made under 18 U.S.C. § 3161(h)(8)(A).

12     PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 DATED: March 14, 2006

HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

No. CR 06-00114 MJJ
STIP. TO CONT. STATUS HEARING;
[PROPOSED] ORDER              3