1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7065
7  FAX: (415) 436-7234
   E-mail: Monica.L.Fernandez@usdoj.gov
8
9  Attorneys for Plaintiff

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                         OAKLAND DIVISION

14

15  UNITED STATES OF AMERICA,         )   No. CR 06-00114 MJJ
                                      )
16          Plaintiff,                )   [PROPOSED] ORDER EXCLUDING
                                      )   TIME UNDER THE SPEEDY TRIAL ACT
17      v.                            )
                                      )
18  PAUL CHARLES STEEVES,             )
                                      )
19          Defendant.                )
                                      )
20  _____  )

21      This matter came on the calendar of the Honorable Martin J. Jenkins on March 24, 2006.

22  At the parties' request, the Court continued the matter until May 5, 2006 at 2:30 p.m.

23      The parties requested an exclusion of time under the Speedy Trial Act from March 24

24  through May 5, 2006 based upon the need for effective preparation of counsel. The government

25  is in the process of providing additional discovery to the defense. Additionally, government

26  counsel is in the process of attempting to obtain consent from the Southern District of New York

27  for all of the charges against the defendant to be resolved in this district. The parties agree that

28  the time from March 24 through May 5, 2006, should be excluded in computing the time within

ORDER EXCLUDING TIME
No. CR 06-00114 MJJ

1 | which trial shall commence.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

2 |     Accordingly, the Court HEREBY ORDERS that the time from March 24 through May 5, 2006, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the failure to grant the requested exclusion would deny the defendant and the government reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: 5/15/2006

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Approved as to form:

/s/ Hilary A. Fox
_____
HILARY A. FOX, ESQ.
Assistant Federal Public Defender
Attorney for Defendant

/s/ Monica Fernandez
_____
MONICA FERNANDEZ
Assistant United States Attorney

ORDER EXCLUDING TIME
No. CR 06-00114 MJJ            2