| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | ELISE BECKER (NYSBN 2540730)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-6878<br>Facsimile: (415) 436-7234 |
| 8 | Email: elise.becker@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00114 MJJ |
| Plaintiff, | ) | |
| v. | ) | **(PROPOSED) ORDER EXCLUDING TIME FROM JUNE 2, 2006 THROUGH JUNE 30, 2006 UNDER SPEEDY TRIAL ACT** |
| PAUL CHARLES STEEVES, | ) | |
| Defendant. | ) | |

This matter came on the calendar of the Honorable Martin J. Jenkins on June 2, 2006. At the parties' request, the Court continued the matter until June 30, 2006 at 2:30 p.m.

The parties requested an exclusion of time under the Speedy Trail Act from June 2 through June 30, 2006, based upon the need for effective preparation of counsel. The government is still in the process of coordinating the filing of charges against the defendant in the Southern District of New York in order for all of the charges to be resolved in this district. The parties agree that the time from June 2 through June 30, 2006, should be excluded in computing the time within which trial shall commence. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Order Excluding Time Under Speedy Trial Act
CR 06-00114 MJJ                                     1

1  Accordingly, the Court HEREBY ORDERS that the time from June 2 through June
2  30, 2006, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the
3  failure to grant the requested exclusion would deny the defendant and the government reasonable
4  time necessary for effective preparation, taking into account the exercise of due diligence.  See
5  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by granting the
6  requested exclusion outweigh the best interest of the public and the defendant in a speedy trial
7  and in the prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court
8  therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
9  SO ORDERED.

DATED: 6/6/2006

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Approved as to form:

_____/s/_____
HILARY A. FOX
Attorney for Paul Charles Steeves


_____/s/_____
ELISE BECKER
Assistant United States Attorney

Order Excluding Time Under Speedy Trial Act
CR 06-00114 MJJ                    2