| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | ELISE BECKER (NYSBN 2540730)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6878 |
| 7 | Facsimile: (415) 436-7234<br>Email: elise.becker@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CR 06-114 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **SUBSTITUTION OF COUNSEL** |
| PAUL CHARLES STEEVES, | ) | AND ORDER |
| Defendant. | ) | |

The United States of America, by and through its attorney, Kevin V. Ryan, United States Attorney for the Northern District of California, hereby notifies you that Assistant United States Attorney Elise Becker is now counsel of record for the government in the above captioned case.

DATED: May 31, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
_____
ELISE BECKER
Assistant United States Attorney

6/6/2006

IT IS SO ORDERED
Judge Martin J. Jenkins

Substitution of Counsel
CR 06-114 MJJ