KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ELISE BECKER (NYSBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6878
    Facsimile: (415) 436-7234
    Email: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-00114 MJJ |
| Plaintiff, | |
| v. | (PROPOSED) ORDER EXCLUDING TIME FROM JUNE 29, 2006 THROUGH SEPTEMBER 8, 2006 UNDER SPEEDY TRIAL ACT |
| PAUL CHARLES STEEVES, | |
| Defendant. | |

    This matter came on the calendar of the Honorable Martin J. Jenkins on June 29, 2006. At the parties' request, the Court continued the matter until September 8, 2006 at 2:30 p.m.

    The parties requested an exclusion of time under the Speedy Trial Act from June 29 through September 8, 2006, based upon the need for effective preparation of counsel. The parties are in the process of completing Rule 20 paperwork in order to have the recently filed case against the defendant in the Southern District of New York transferred to this district. In addition, the government is still in the process of obtaining the discovery relating to the New York charges, which will then have to be reviewed by both parties. The parties agree that the time from June 29 through September 8, 2006, should be excluded in computing the time within

Order Excluding Time Under Speedy Trial Act
CR 06-00114 MJJ                     1

which trial shall commence. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Accordingly, the Court HEREBY ORDERS that the time from June 29 through September 8, 2006, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant the requested exclusion would deny the defendant and the government reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: 7/24/2006

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Approved as to form:

/s/
_____
HILARY A. FOX
Attorney for Paul Charles Steeves

/s/
_____
ELISE BECKER
Assistant United States Attorney