~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **FILED** | **RE:** | STEEVES, PAUL |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | AUG 1 4 2006 | **DOCKET NO.:** | CR06-00114MJJ |
| **DATE:** | August 11, 2006 | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Taifa M. Gaskins                                             510-637-3750
U.S. Pretrial Services Officer                    **TELEPHONE NUMBER**

**RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
    A.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____                    8-14-06
**JUDICIAL OFFICER**                                            **DATE**

Cover Sheet (12/03/02)

cc: WMB's Stats, Copy to parties via ECF
Monica Tutson, Pretrial

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge
**From:** Taifa Gaskins
U.S. Pretrial Services Officer
**Subject:** STEEVES, PAUL
CR06-00114MJJ
**Date:** August 11, 2006



# MEMORANDUM

---

Your Honor:

This memorandum is an addendum to the pre-bail report submitted to the Court on January 27, 2006. Mr. Steeves has remained in custody since the beginning of his case in January 2006. On July 25, 2006, upon the request of Assistant Federal Public Defender Hillary Fox, Your Honor ordered the defendant be assessed by Newbridge.

Mr. Steeves was subsequently assessed by Peter Budlong of the Newbridge inpatient substance abuse program. Mr. Budlong contacted Pretrial Services and indicated that there is some question regarding whether there is a conflict of interest with Mr. Steeves entering the program. However, after conferring with management at the program, Mr. Budlong believes the defendant is an acceptable candidate for the program.

This memorandum is submitted for Your Honor's information and consideration.

Respectfully submitted,

Taifa M. Gaskins
U. S. Pretrial Services Officer


Reviewed by:

SILVIO A. LUGO, Supervising
U. S. Pretrial Services Officer