UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 0 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Docket Numbers: CR 06 -00114- 01 MJJ |
| ) | CR 06-00549-01 MJJ |
| PAUL STEEVES ) | |

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the <u>16th of February 2007 at 2:30</u> p.m., be continued until the <u>2nd of March 2007 at 2:30 p.m.</u>

Date: 1/25/2007

UNITED STATES DISTRICT JUDGE