UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Docket Numbers: CR 06 -00114- 01 MJJ |
| ) | CR 06-00549-01 MJJ |
| PAUL STEEVES ) | |

ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the <u>2nd of March 2007, at 2:30 p.m.</u>, be continued until the ~~30th of March~~ 13TH of April 2007, at 2:30 p.m., in Oakland, California.

Date: 2/27/2007

UNITED STATES DISTRICT JUDGE