BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, California  94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant STEEVES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-00114-MJJ |
| --- | --- | --- |
| Plaintiff, | ) | and CR 06-00549-MJJ |
| v. | ) | [PROPOSED] ORDER AUTHORIZING RELEASE OF PROGRESS REPORT |
| PAUL STEEVES, | ) | |
| Defendant. | ) | |

    Defendant Paul Steeves has been residing at the New Bridge treatment program since September 14, 2006, as a condition of his pretrial release. Mr. Steeves is scheduled to appear for sentencing on April 27, 2007.  Defendant has requested that the New Bridge program prepare a report to inform the Court of Mr. Steeves' progress while at New Bridge.  Counsel has been informed that, under the terms of the contract between the Pretrial Services Agency and the New Bridge program, court authorization is required for release of the progress report.

    Good cause appearing, it is hereby ORDERED that New Bridge staff may disclose to counsel for the defendant and counsel for the government a report regarding Mr. Steeves' treatment and progress while at New Bridge so that these matters may be considered at sentencing.

    IT IS SO ORDERED.

Dated: April __16__, 2007

_____
MARTIN J. JENKINS
United States District Court

- 1 -