# United States District Court  FILED

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAY 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 06-00114-01 MJJ |
| Paul Charles Steeves | ) | CR 06-00549-01 MJJ |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ May 11, 2007 _____ be continued until _____ June 14, 2007 _____ at _____ 2:00 p.m. _____ .

Date: 5/11/2007

Martin J. Jenkins
United States District Judge

NDC-PSR-009 12/06/04