BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, California 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant STEEVES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>PAUL STEEVES,<br><br>   Defendant. | No. CR 06-00114-MJJ<br>and CR 06-00549-MJJ<br><br>[PROPOSED] ORDER TO CONTINUE SURRENDER DATE TO AUGUST 29, 2007 |

    Defendant Paul Steeves is due to surrender for service of his 27-month custody sentence by August 15, 2007. At this time, the Bureau of Prisons has made a preliminary designation for Mr. Steeves; however, the Bureau has not yet had an opportunity to consider the recently amended Judgment nor the amended Presentence Report in determining the appropriate placement for Mr. Steeves. Defendant has therefore requested that the Court continue Mr. Steeves' surrender date for two weeks, to August 29, 2007, to afford the Bureau of Prisons time to consider this new information in determining the most appropriate placement for Mr. Steeves. The government does not oppose this brief extension and New Bridge and Pretrial Services have confirmed that Mr. Steeves may remain an additional two weeks at the program if his date is continued.

    Good cause appearing, IT IS HEREBY ORDERED that the date for Paul Steeves to self-

- 1 -

1 surrender for service of his sentence, currently set for August 15, 2007, is continued to August 29,
2 2007.
3 IT IS SO ORDERED.

4
5 Dated: __8/14___, 2007

     _____
     MARTIN J. JENKINS
     United States District Court